Case 3:19-cr-00215-JCH   Document 102   Filed 06/07/24   Page 1 of 1

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

United States of America
v.
Kevin Creed

Case No: 3:19cr215(JCH)
USM No: 26480-014

Date of Original Judgment: 12/21/2020
Date of Previous Amended Judgment: 
*(Use Date of Last Amended Judgment if Any)*

Allison Kahl
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

The court sentenced Mr. Creed to a non-guideline sentence, having determined a sentence of 42 months was appropriate. While the guideline range is reduced under Amendment 821, the sentence previously imposed is within that lowered guideline range. The court finds that, even with an adjustment to the guideline range, 42 months imprisonment remains the appropriate sentence after weighing everything, including the 3553(a) factors and the guideline range.

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 06/07/2024

/s/ Janet C. Hall
*Judge's signature*

Effective Date: _____
*(if different from order date)*

Janet C. Hall, United States District Judge
*Printed name and title*